IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO. 1:10-CR-407-3-TWT |
| ISAIAS REFUGIO RODRIGUEZ, Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 66] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 38]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 38] is DENIED.

SO ORDERED, this 28 day of October, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge